IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JOY SHEMPERT**  PLAINTIFF

v.  Case No. 3:09-cv-125-DPM

**EAST ARKANSAS FAMILY
HEALTH CENTER, INC.**  DEFENDANT

ORDER

The Plaintiff's motion to dismiss her complaint with prejudice is granted, *Document No. 20*.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 August 2010