IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JOY SHEMPERT**                                                          **PLAINTIFF**

v.                    Case No. 3:09-cv-125-DPM

**EAST ARKANSAS FAMILY
HEALTH CENTER, INC.**                                             **DEFENDANT**

JUDGMENT

Joy Shempert's complaint is dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 August 2010